IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:99-CR-149-BO
No. 5:16-CV-584-BO

| | |
|---|---|
| JOSE NAVEJAR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

For good cause having been shown upon the unopposed motion of Respondent to lift the previously entered stay in this matter, it is hereby ORDERED that the stay entered on September 5, 2017, is hereby LIFTED.

This __8__ day of __April__, 2018.

TERRENCE W. BOYLE
United States District Judge